Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 PROCEEDINGS |
| ) | |
| VICTOR M PEREA ) | CASE NO.: 09-19372-PL-EWH |
| VERONICA E PEREA ) | |
| ) | **WITHDRAWAL OF TRUSTEE'S** |
| ) | **MOTION TO DISMISS** |
| ) | |
| DEBTORS ) | |

    Dianne C. Kerns, Chapter 13 Trustee, hereby withdraws her Motion to Dismiss in the above referenced case as the plan payments have been brought current; or the case has been converted.

Dated: 3/8/2010                    /s/ Dianne C. Kerns 011557
                                                Dianne C. Kerns, Esq.
                                                Chapter 13 Trustee

Copy of the foregoing lodged with U.S. Bankruptcy Court and mailed this: 3/8/2010

VICTOR M PEREA                        BRIAN DAULT
VERONICA E PEREA                  DAULT & ASSOCIATES PLLC
103 W PALO VERDE AVE             908 W CHANDLER BLVD
COOLIDGE, AZ 85228                STE D
                                                CHANDLER, AZ 85225

By Betty Norton