**ORDERED.**

Brian C. Dault
Dault & Associates, PLLC
909 W. Chandler Blvd., Suite D
Chandler, AZ 85225
480-305-5970
brian@daultlaw.com
Attorney for the Debtors

Dated: February 15, 2011



_____
EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re:

VICTOR M. PEREA

VERONICA E. PEREA.

Debtors.

Case No. 4:09-bk-19372-EWH

Chapter 13

**ORDER APPROVING ATTORNEY FEES IN A CONVERTED OR DISMISSED CASE**

The Court finding that an Application for Payment of Administrative Expense having been filed on August 12, 2009, requesting attorney fees related to the filing of this case, and no objection to such application having been properly filed or heard and this case has been converted or dismissed prior to confirmation;

IT IS HEREBY ORDERED that the proposed attorney fees in the amount of $2,500.00 are hereby approved and ordered for services rendered as described in the Application for Payment of Administrative Expenses. Said fees shall be paid from the funds held by the standing Chapter 13 Trustee, DIANNE C. KERNS, to the extent that funds are available after the trustee is paid her administrative expenses.

_____   _____
Date                                                                         Honorable Eileen W. Hollowell
                                                                                     United States Bankruptcy Judge